# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT OF | : | No. 329 |
| ACTING PRESIDENT JUDGE | : | Judicial Classification Docket |
| OF THE THIRTY-FOURTH JUDICIAL | : | |
| DISTRICT, SUSQUEHANNA COUNTY | : | |

## ORDER

**AND NOW**, this 23rd day of December 2014, upon the retirement of the Honorable Kenneth W. Seamans, President Judge of the Thirty-Fourth Judicial District, Susquehanna County, effective December 31, 2014, pursuant to Rule 701(e) of the Rules of Judicial Administration, the Honorable Raymond L. Hamill is hereby appointed Acting President Judge of the Thirty-Fourth Judicial District, Susquehanna County, effective January 1, 2015, until the judicial vacancy in that District is filled or until further Order of this Court.

BY THE COURT:

Ronald D. Castille

Chief Justice of Pennsylvania